■ John Regelsky, Appellant, v. Lorne E. Tieman et al., Respondents, et al., Defendant.— In a medical malpractice action, plaintiff appeals from an order of the Supreme Court, Orange County, dated June 26, 1973, which denied his motion for reconsideration of the previous denial of his application for a general preference. Order reversed, with $20 costs and disbursements, and application for a general preference granted. In our opinion, the denial of the general preference was an improvident exercise of discretion. Gulotta, P. J., Hopkins, Cohalan, Christ and Munder, JJ., concur.

■ Saldi Excavating Contractor, Inc., Respondent, v. Universal Shopping Centers, Inc., et al., Appellants.— In an action to foreclose a mechanic's lien, defendants appeal from an order of the Supreme Court, Westchester County, entered July 13, 1973, which, inter alia, (1) granted in part plaintiff's renewed motion for summary judgment, i.e., to the extent of $47,763.40 with interest thereon, (2) granted plaintiff foreclosure and sale, upon said award, and in form only, to apply against a certain lien discharge bond, and (3) severed the action so that the balance of plaintiff's lien claim may proceed to a plenary hearing or trial. Order reversed, and the action is remitted to Special Term for a trial on all the issues, with costs to abide the event. There are issues of fact to be tried. Gulotta, P J., Hopkins, Christ and Munder, JJ., concur; Cohalan, J., dissents and votes to affirm the grant of partial summary judgment and to sever the remainder of the action for trial.